UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24533-CIV-CANNON

**LAURA MARIE GERMAK**,

    Plaintiff,

v.

**MARRIOTT INTERNATIONAL, INC.**,
**HHLP MIAMI BEACH ASSOCIATES, LLC**,
**HHLP MIAMI BEACH LESSEE, LLC**, and
**3921 COLLINS AVENUE LLC**,

    Defendants.
_____/

**ORDER CLOSING CASE**

    **THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 53], filed on October 4, 2021.  Pursuant to Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **CLOSED**, effective October 4, 2021, the date Plaintiff filed its Notice of Voluntary Dismissal [ECF No. 53].

    The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of December 2021.

                                                           _____
                                                           **AILEEN M. CANNON**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record